UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

STATE FARM FIRE AND
CASUALTY COMPANY,

Plaintiff,

v.

RUTH BAKER, et al.,

Defendants.

CASE NO. C13-1450RAJ

MINUTE ORDER

The following minute order is made by the direction of the court, the Honorable Richard A. Jones:

This matter comes before the court on the parties' stipulated motion to extend deadlines for expert disclosure, amended pleadings, discovery cutoff and dispositive motions. Dkt. # 34. The parties have demonstrated that an extension in the case schedule is warranted (Dkt. # 35), but they have not demonstrated the court should depart from its standard case schedule. Indeed, the court would not have sufficient time to resolve any summary judgment motion prior to the due date for motions in limine if the court were to enter the parties' proposed case schedule. The court believes a two-month extension of

MINUTE ORDER- 1

all deadlines that have not yet passed would be sufficient to provide the parties the time they seek.

The clerk is directed to enter an amended case schedule consistent with this order with a trial date of February 9, 2015.

Dated this 9th day of June, 2014.

WILLIAM M. MCCOOL
Clerk

s/Rhonda Stiles
Deputy Clerk

MINUTE ORDER- 2